## EARLEY v. STATE.
### No. 18657.

Court of Criminal Appeals of Texas.
Dec. 16, 1936.

E. A. Bills, of Littlefield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. Appellant entered a plea of guilty and waived a jury upon the trial.

No error having been perceived, the judgment is affirmed.